TUPCHY M. F. NIKITIUK ET AL. *v.* JOSEPH J. PISHTEY, ADMINISTRATOR C.T.A. (ESTATE OF FRED K. NIKITENKO)

The motion by the plaintiffs to dismiss the appeal from the Superior Court in New Haven County is denied.

*David B. Salzman,* for the appellees (plaintiffs).

*Louis Weinstein,* assistant attorney general, with whom was *Carl D. Eisenman,* assistant attorney general, for the appellant (defendant state treasurer).

*Edward J. Donahue* appeared for the appellant (defendant Joseph J. Pishtey, administrator c.t.a.).

Argued October 6—decided October 6, 1964

STATE OF CONNECTICUT *v.* JOHN DEMARTIN

The motion by the state to dismiss the appeal from the Superior Court in New Haven County is denied.

*George R. Tiernan,* assistant state's attorney, for the appellee (state).

*Monroe S. Gordon,* for the appellant (defendant).